**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Harrisburg's Hometown Pharmacy, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3101563 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5006 Hwy 49 South<br>Harrisburg, NC 28075<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cabarrus<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   harrisburgpharmacy.net

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    62

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

_____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  Harrisburg's Hometown Pharmacy, Inc.                           Case number (if known) _____
          Name

█████  **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 13, 2023
                MM / DD / YYYY

X /s/  Sherrie McDonald Everhart                    Sherrie McDonald Everhart
Signature of authorized representative of debtor      Printed name

Title    President

**18. Signature of attorney**

X /s/ Kristen Nardone                              Date    December 13, 2023
Signature of attorney for debtor                            MM / DD / YYYY

Kristen Nardone
Printed name

Nardone Law, PLLC
Firm name

PO Box 1394
Concord, NC 28026-1394
Number, Street, City, State & ZIP Code

Contact phone    (704) 784-9440        Email address    kristen@nardonelawfirm.com

NC
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING** — Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 13, 2023     X /s/   Sherrie McDonald Everhart
                                            Signature of individual signing on behalf of debtor

                                               Sherrie McDonald Everhart
                                               Printed name

                                               President
                                               Position or relationship to debtor

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Harrisburg's Hometown Pharmacy, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cynthia G. Heglar 768 Gaylan Court Concord, NC 28025 | | Wages | | | | $595.60 |
| Donald G. Cameron 2805 Iveywood Dr. Monroe, NC 28110 | | Wages | | | | $1,307.18 |
| Duke Energy PO Box 70516 Charlotte, NC 28272 | | Utility Bill | | | | $200.00 |
| Gordon Keeter & Co. Coddle Market Drive Northwest Concord, NC 28027 | | Trade debt | | | | $69,000.00 |
| Healthsource Distributors, LLC 7200 Rutherford Road, Suite #150 Windsor Mill, MD 21244 | | Judgment | | | | $41,399.63 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | All assets of the Debtor | | $157,342.00 | $0.00 | $157,342.00 |
| Jasmine Corrales 8817 Reedy Creek Rd. Charlotte, NC 28215 | | Wages | | | | $205.34 |
| Luciana L. Rutledge 7327 Preakness Stakes Lane Charlotte, NC 28215 | | wages | | | | $873.60 |
| Michael W. Lowder 8834 Oldenburg Dr. Mount Pleasant, NC 28124 | | wages | | | | $465.16 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Harrisburg's Hometown Pharmacy, Inc.                              Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sherrie M. Everhart 5224 Fieldstone Dr. Concord, NC 28025 | | Wages | | | | $3,737.50 |
| Smith Drug Company 9098 Fairforest Rd. Spartanburg, SC 29301 | | Trade debt | Contingent Unliquidated Disputed | | | $495,651.64 |
| Spectrum 7810 Crescent Executive Dr. Charlotte, NC 28217 | | Utility Bill | | | | $200.00 |
| Zachary Horning 4250 Falls Lake Dr. SW Concord, NC 28025 | | wages | | | | $116.28 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*................................................................................................................ $     0.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*............................................................................................................ $     47,992.81

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*............................................................................................................. $     47,992.81

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $     157,342.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     7,300.66

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     606,451.27

4. Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b     $     771,093.93

**Fill in this information to identify the case:**

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 9282 | $0.00 |
| 3.2. | Truist Bank | Checking | 5647 | $3,461.00 |
| 3.3. | Truist Bank | Checking | 2711 | $1,416.81 |

4.  Other cash equivalents *(Identify all)*

5.  Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$4,877.81

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.  Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. | Rent deposit | $3,600.00 |
|---|---|---|

Debtor ___Harrisburg's Hometown Pharmacy, Inc.___   Case number *(if known)* _____
                    Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    | $3,600.00 |
    |---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

    11b. Over 90 days old:     42,667.62      -     42,667.62     =....        $0.00
                              face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

    | $0.00 |
    |---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Mortars and pestles, spoons, scales, tablet counting machines, liquid dispensers, pipettes | | $0.00 | Liquidation | $500.00 |
| Autoclaves, incubator, hot plate, microscope | End of 2022 | $0.00 | Liquidation | $1,500.00 |

---

Debtor    Harrisburg's Hometown Pharmacy, Inc._____    Case number *(if known)* _____
                  Name

| | | | | |
|---|---|---|---|---|
| Syringes and needles, titanium cutters, snipe nose pliers, peening pliers, rimless pliers, hex wrench, axis aligning pliers | | $0.00 | | $250.00 |
| Spatulas, strainers, beaker brushes, tongs, filter paper, beakers, test tubes, spoons | | $0.00 | | $125.00 |
| Bottles, pill bottles/cases, RX labels | | $0.00 | | $200.00 |
| PPE - gowns, gloves, masks, eye glasses | | $0.00 | | $100.00 |
| Wall clocks, trashcans, biohazard waste can, biohazard sharps container | | $0.00 | | $75.00 |
| 2 cash registers | | $0.00 | | $100.00 |
| Certrifuges, balances, mixers | | $0.00 | | $500.00 |
| First Aid supplies | | $0.00 | | $50.00 |
| Medications - over-the-counter | | $0.00 | Liquidation | $1,000.00 |
| Cleaning produces - approximately 200 bottles including Pine Glo, All Purposes Cleaner, Oven Cleaner, scrubbers, fabric softener | | $0.00 | Liquidation | $300.00 |
| Greeting cards - est. 200 | | $0.00 | Liquidation | $50.00 |
| Trash bags, plastic plates & silverware, plastic food containers | | $0.00 | Liquidation | $60.00 |
| Shampoos, soaps, lotions, aloe, Q-tips, cotton balls, deodorant | | $0.00 | Liquidation | $150.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    Harrisburg's Hometown Pharmacy, Inc.                    Case number *(if known)* _____
            Name

| Description | | | Net book value | Valuation | Current value |
|---|---|---|---|---|---|
| Vitamins and supplements | | | $0.00 | Liquidation | $300.00 |
| Batteries (D, AA, AAA, 9V) | | | $0.00 | Liquidation | $50.00 |
| Knee, elbow, wrist and back braces; bed pans (2), finger splints, medical tape | | | $0.00 | Liquidation | $50.00 |
| Heating pads, thermometers | | | $0.00 | Liquidation | $40.00 |
| Kleenex, toilet paper, wet wipes, paper towels | | | $0.00 | Liquidation | $50.00 |
| Essential oils, mini diffuser, 3 diffusers | | | $0.00 | Liquidation | $75.00 |
| 2 Fire extinguishers | | | $0.00 | Liquidation | $20.00 |
| Hot press for unit dosint | | | | | |
| Put in service in 2005 | | | $0.00 | Liquidation | $200.00 |

23.  **Total of Part 5.**                                                                        $5,745.00

Add lines 19 through 22.   Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value _____0.00_____ Valuation method _____ Current Value _____0.00_____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Harrisburg's Hometown Pharmacy, Inc.                                    Case number *(if known)* _____
         Name

| 39. | Office furniture | | | |
| | Desk and credenza | $0.00 | Liquidation | $200.00 |
| | Miscellaneous pictures/art for walls | $0.00 | | $50.00 |
| | Storage cabinets, file cabinets, book cases, shelving units, 6 chairs | | | |
| | Put in service in 2005 | $0.00 | Liquidation | $500.00 |
| | Old Toshiba TV, smaller old stereo, security computer and monitor | $0.00 | Liquidation | $50.00 |
| | Lamps | $0.00 | Liquidation | $50.00 |
| 40. | Office fixtures | | | |
| | Counters, shelving, light fixtures, display case | | | |
| | Put in service in 2005 | $0.00 | Liquidation | $750.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | POS Software | | | |
| | Put in service in 2019 | $0.00 | | $500.00 |
| | Computer equipment and printer | | | |
| | Put in service in 2005 and 2006; server 2019 | $0.00 | Liquidation | $1,000.00 |
| | Personal computer | $0.00 | | $100.00 |
| | 2 refrigerators, drink cooler | | | |
| | Put in service in 2005 | $0.00 | Liquidation | $400.00 |
| | Security cameras | | | |
| | Put in service in 2009 | $0.00 | Liquidation | $200.00 |
| | Cameras | | | |
| | Put in service in 2009 and 2014 | $0.00 | Liquidation | $200.00 |
| | Phone system (5 phones) | $0.00 | Liquidation | $100.00 |
| | Neon signs | | | |
| | Put in service in 2010 | $0.00 | Liquidation | $50.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Harrisburg's Hometown Pharmacy, Inc.                                  Case number *(If known)*_____
          Name

| Server | $0.00 | Liquidation | $250.00 |
|---|---|---|---|

| Point of Sale System | $0.00 | Liquidation | $400.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                              $4,800.00
    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.   Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2011 Kia Soul | $0.00 | Tax records | $3,320.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

| Bubble machine and plastic forms | $0.00 | Liquidation | $150.00 |
|---|---|---|---|

51. **Total of Part 8.**                                                                              $3,470.00
    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 6

Debtor  __Harrisburg's Hometown Pharmacy, Inc.__  Case number *(if known)* _____
 Name

☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Medication - prescriptions/controlled substances | | $0.00 | Liquidation | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** | Internet domain names and websites<br>harrisburgpharmacy.net | $0.00 | | $0.00 |
| **62.** | Licenses, franchises, and royalties | | | |
| **63.** | Customer lists, mailing lists, or other compilations | | | |
| **64.** | Other intangibles, or intellectual property | | | |
| **65.** | Goodwill<br>Goodwill | $0.00 | | $500.00 |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $500.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    Harrisburg's Hometown Pharmacy, Inc.                                    Case number *(if known)* _____
_____
Name

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---:|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities**<br>Erie Insurance<br>Policy on Kia and business insurance policy | $0.00 |
|  | Kansas City Life<br><br>Life Insurance Policy on pharmacist and one employee | $0.00 |
|  | USAble Life<br><br>AD&D and group term life policy on pharmacist and one employee | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
|  | Potential Employee Retention Tax Credit (ERTC)<br>Nature of claim<br>Amount requested                    $0.00 | Unknown |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | Scripts | $25,000.00 |

| 78. | **Total of Part 11.** |  | $25,000.00 |
|---|---|---|---:|
|  | Add lines 71 through 77. Copy the total to line 90. |  |  |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Harrisburg's Hometown Pharmacy, Inc.
      Name                                                                Case number *(if known)* _____

79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

Debtor   Harrisburg's Hometown Pharmacy, Inc.                     Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,877.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,745.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,470.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $47,992.81 | + 91b.   $0.00 |

92. **Total of all property on Schedule A/B. Add lines 91a+91b=92**                    $47,992.81

| Fill in this information to identify the case: |
| --- |

Debtor name   Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1**  Internal Revenue Service<br><span>Creditor's Name</span> | Describe debtor's property that is subject to a lien<br>All assets of the Debtor | $157,342.00 | $0.00 |
| PO Box 7346<br>Philadelphia, PA 19101-7346<br><span>Creditor's mailing address</span> | **Describe the lien**<br>Tax Lien | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| <span>Creditor's email address, if known</span> | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>2016-2017<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $157,342.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Cabarrus County Tax Collector<br>P.O. Box 707<br>Concord, NC 28026 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>Cynthia G. Heglar<br>768 Gaylan Court<br>Concord, NC 28025 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $595.60 $595.60 |
| | Date or dates debt was incurred<br>12/3/23 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>Donald G. Cameron<br>2805 Iveywood Dr.<br>Monroe, NC 28110 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,307.18 $1,307.18 |
| | Date or dates debt was incurred<br>12/3/23 | Basis for the claim:<br>Wages | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

Debtor **Harrisburg's Hometown Pharmacy, Inc.**     Case number (if known)
_____ Name

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.34 | $205.34
Jasmine Corrales | *Check all that apply.*
8817 Reedy Creek Rd. | ☐ Contingent
Charlotte, NC 28215 | ☐ Unliquidated
 | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
12/3/23 | Wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $873.60 | $873.60
Luciana L. Rutledge | *Check all that apply.*
7327 Preakness Stakes Lane | ☐ Contingent
Charlotte, NC 28215 | ☐ Unliquidated
 | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
12/3/23 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.16 | $465.16
Michael W. Lowder | *Check all that apply.*
8834 Oldenburg Dr. | ☐ Contingent
Mount Pleasant, NC 28124 | ☐ Unliquidated
 | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
12/3/23 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00
N.C. Department of Revenue | *Check all that apply.*
Bankruptcy Unit | ☐ Contingent
PO Box 1168 | ☐ Unliquidated
Raleigh, NC 27602 | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,737.50 | $3,737.50
Sherrie M. Everhart | *Check all that apply.*
5224 Fieldstone Dr. | ☐ Contingent
Concord, NC 28025 | ☐ Unliquidated
 | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
12/3/23 | Wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

Debtor  __Harrisburg's Hometown Pharmacy, Inc.__     Case number (if known) _____
      Name

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.28 | $116.28 |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address
Zachary Horning
4250 Falls Lake Dr. SW
Concord, NC 28025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.28   $116.28

Date or dates debt was incurred
12/3/23

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Duke Energy
PO Box 70516
Charlotte, NC 28272

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  Utility Bill
Is the claim subject to offset?  ☒ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Gordon Keeter & Co.
Coddle Market Drive Northwest
Concord, NC 28027

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$69,000.00

Date(s) debt was incurred  2015-2023
Last 4 digits of account number

Basis for the claim:  Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Healthsource Distributors, LLC
7200 Rutherford Road, Suite #150
Windsor Mill, MD 21244

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,399.63

Date(s) debt was incurred  2016-2017
Last 4 digits of account number  0491

Basis for the claim:  Judgment
Is the claim subject to offset?  ☒ No  ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Smith Drug Company
9098 Fairforest Rd.
Spartanburg, SC 29301

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$495,651.64

Date(s) debt was incurred  2005-2018
Last 4 digits of account number

Basis for the claim:  Trade debt
Is the claim subject to offset?  ☒ No  ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Spectrum
7810 Crescent Executive Dr.
Charlotte, NC 28217

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  Utility Bill
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   Sarah M. Traynor, Esq.<br>101 N. Tryon St., Suite 1300<br>Charlotte, NC 28246 | Line  3.4 <br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                7,300.66 |
| 5b. Total claims from Part 2 | 5b  +  $ | 606,451.27 |
| | | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $                613,751.93 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Harrisburg's Hometown Pharmacy, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Pest control | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | ACME Pest Control<br>575 Dickens Pl NE<br>Concord, NC 28025 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Security system and monitoring | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | ADT Security Services<br>1501 Yamato Rd.<br>Boca Raton, FL 33431 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Cancer, dental, and short term insurance coverage for 3 employees | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Colonial Life Insurance Co.<br>PO Box 903<br>Columbia, SC 29202-0903 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Pharmacy software | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | FDS Pharmacy Software Solutions<br>4220 North Freeway<br>Fort Worth, TX 76137 |

Debtor 1   Harrisburg's Hometown Pharmacy, Inc.                                    Case number *(if known)* _____

     First Name       Middle Name       Last Name

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Compliance Solutions | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | InfiniTrak<br>2400 N. Reynolds Rd.<br>Toledo, OH 43615 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Pharmacy software | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | LJ Logic, LLC<br>11904 Royal Coach Dr.<br>Yukon, OK 73099 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Yearly maintenance/inspection agreement to service HVAC system | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Mechanical Heating & Air<br>2040 Wilshire Ct.<br>Concord, NC 28025 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Copier and fax machine | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Modern impressions<br>2506 Moose Rd<br>Kannapolis, NC 28083 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Kia Soul<br>$300/month | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Sherrie McDonald Everhart |

Debtor 1  Harrisburg's Hometown Pharmacy, Inc.                          Case number (if known) _____

    First Name      Middle Name      Last Name

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Payment processing software | |
|---|---|---|---|
| | State the term remaining | | Vantive Inc.<br>2500 East TC Jester<br>St#268<br>Houston, TX 77008 |
| | List the contract number of any government contract | _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of business location at 5006 State Hwy 49 S, Harrisburg NC | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Zsambeky, Chaney & Assoc.<br>220 Branchview Dr. SE<br>Concord, NC 28025 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* Codebtor                                    *Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.12 | Sherrie McDonald Everhart | 5224 Fieldstone Drive Concord, NC 28025 | Internal Revenue Service | ☒ D  2.1 ___<br>☐ E/F ___<br>☐ G ___ |

**Fill in this information to identify the case:**

Debtor name    Harrisburg's Hometown Pharmacy, Inc.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date: From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other | $2,585,860.18 |
    | For prior year: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $2,426,307.00 |
    | For year before that: From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $2,334,217.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

    | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   Harrisburg's Hometown Pharmacy, Inc.                    Case number (if known) _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Mutual Drug Company 816 Ellis Rd. Durham, NC 27703 | Multiple payments per week | $373,534.29 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. | Dockside Partners, LLC 202 E. Main St Scottsville, KY 42164 | Various | $182,615.33 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. | American Express PO Box 96001 Los Angeles, CA 90096 | Monthly | $9,063.54 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other_Business expenses_ |
| 3.4. | Zsambeky, Chaney & Assoc. 220 Branchview Dr. SE Concord, NC 28026 | Monthly | $14,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other_Rent_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Sherrie Everhart Charlotte, NC 28241 President and employee | Regular pay dates | $132,250.00 | Salary as pharmacist |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number (if known) | |
|---|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Smith Drug Company v. Harrisburg's Hometown Pharmacy, Inc.<br>23 CV 1016 | Civil | Cabarrus County Superior Court<br>Box 707<br>Concord, NC 28026 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Nardone Law, PLLC<br>PO Box 1394<br>Concord, NC 28026-1394 | Attorney Fee | | $21,242.64 |
| | Email or website address<br>kristen@nardonelawfirm.com | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Harrisburg's Hometown Pharmacy, Inc.    Case number *(if known)* _____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Penny McCulloh | $10,000 as part of settlement of 20 CVS 1152 (Cabarrus Co) | December 2021 | $10,000.00 |
| | Relationship to debtor Former officer | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   Birthdates, prescription histories, names/addresses, insurance information
   - as required to comply with all regulations and laws

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number (if known) | |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Sherrie McDonald Everhart | 5006 Hwy 49 S. Harrisburg, NC 28075 | The "Bill Harris Memorial" - old pharmacy memorabilia purchased by Ms. Everhart from Bill Harris's estate (he was a pharmacist and her mentor). Items are located in a small room at the pharmacy.   Ms. Everhart paid $6,500-7,500 for the items. | $6,500.00 |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Harrisburg's Hometown Pharmacy, Inc. | Case number *(if known)* | |
|---|---|---|---|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Gordon Keeter & Co. Coddle Market Drive Northwest Concord, NC 28027 | 2005-2023 |
| 26a.2. | Lisa W. Hammill, CPA PO Box 5526 Concord, NC 28027 | November 2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Lisa W. Hammill, CPA PO Box 5526 Concord, NC 28027 | November 2023 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Harrisburg's Hometown Pharmacy, Inc.                              Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Lisa W. Hammill, CPA<br>PO Box 5526<br>Concord, NC 28027 | |
| 26c.2. Sherrie Everhart | |
| 26c.3. Ladoska Keeter, CPA | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sherrie McDonald Everhart | | President | 100 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

Debtor    Harrisburg's Hometown Pharmacy, Inc.                          Case number *(if known)* _____

Name of the parent corporation                                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                                          **Employer Identification number of the pension fund**

**Part 14:  Signature and Declaration**

**WARNING —** Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 13, 2023

/s/  Sherrie McDonald Everhart                              Sherrie McDonald Everhart
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# United States Bankruptcy Court
## Western District of North Carolina, Charlotte Division

In re   Harrisburg's Hometown Pharmacy, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sherrie M. Everhart | 100% | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 13, 2023

Signature   /s/  Sherrie McDonald Everhart

Sherrie McDonald Everhart

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina, Charlotte Division

In re  Harrisburg's Hometown Pharmacy, Inc.

Debtor(s)

Case No. _____

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ..................................................... $  _____

Prior to the filing of this statement I have received ...................................... $  _____

Balance Due ..................................................................................................... $  _____

☒  **RETAINER**

For legal services, I have agreed to accept and received a retainer of........................... $  21,242.64

The undersigned shall bill against the retainer at an hourly rate of............................... $  395.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $  1,738.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtor(s) in any dischargeability actions, actions brought pursuant to Section 707 of the Bankruptcy Code, or any other adversary proceeding.

    Attorney for the debtor(s) has a fee contract with the debtor(s) setting forth the full terms and limitation of said attorney's representation. Said contract may be produced to the Court at an appropriate time. All limitations and exclusions of attorney's representation are not listed herein on the Disclosure of Compensation.

In re    Harrisburg's Hometown Pharmacy, Inc.                                    Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 13, 2023
*Date*

/s/ Kristen Nardone

Kristen Nardone
*Signature of Attorney*
Nardone Law, PLLC
PO Box 1394
Concord, NC 28026-1394
(704) 784-9440   Fax:
kristen@nardonelawfirm.com
*Name of law firm*

# United States Bankruptcy Court
## Western District of North Carolina, Charlotte Division

In re __Harrisburg's Hometown Pharmacy, Inc._____

Debtor(s)

Case No. _____

Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 13, 2023_____        __/s/  Sherrie McDonald Everhart_____
Sherrie McDonald Everhart/President
Signer/Title

ACME Pest Control
575 Dickens Pl NE
Concord, NC 28025


ADT Security Services
1501 Yamato Rd.
Boca Raton, FL 33431


Cabarrus County Tax Collector
P.O. Box 707
Concord, NC 28026


Colonial Life Insurance Co.
PO Box 903
Columbia, SC 29202-0903


Cynthia G. Heglar
768 Gaylan Court
Concord, NC 28025


Donald G. Cameron
2805 Iveywood Dr.
Monroe, NC 28110


Duke Energy
PO Box 70516
Charlotte, NC 28272


FDS Pharmacy Software Solutions
4220 North Freeway
Fort Worth, TX 76137


Gordon Keeter & Co.
Coddle Market Drive Northwest
Concord, NC 28027


Healthsource Distributors, LLC
7200 Rutherford Road, Suite #150
Windsor Mill, MD 21244


InfiniTrak
2400 N. Reynolds Rd.
Toledo, OH 43615


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jasmine Corrales
8817 Reedy Creek Rd.
Charlotte, NC 28215


LJ Logic, LLC
11904 Royal Coach Dr.
Yukon, OK 73099

Luciana L. Rutledge
7327 Preakness Stakes Lane
Charlotte, NC 28215


Mechanical Heating & Air
2040 Wilshire Ct.
Concord, NC 28025


Michael W. Lowder
8834 Oldenburg Dr.
Mount Pleasant, NC 28124


Modern impressions
2506 Moose Rd
Kannapolis, NC 28083


N.C. Department of Revenue
Bankruptcy Unit PO Box 1168
Raleigh, NC 27602


Sarah M. Traynor, Esq.
101 N. Tryon St., Suite 1300
Charlotte, NC 28246


Sherrie M. Everhart
5224 Fieldstone Dr.
Concord, NC 28025


Sherrie McDonald Everhart
5224 Fieldstone Drive
Concord, NC 28025


Sherrie McDonald Everhart


Smith Drug Company
9098 Fairforest Rd.
Spartanburg, SC 29301


Spectrum
7810 Crescent Executive Dr.
Charlotte, NC 28217


Vantive Inc.
2500 East TC Jester St#268
Houston, TX 77008


Zachary Horning
4250 Falls Lake Dr. SW
Concord, NC 28025


Zsambeky, Chaney & Assoc.
220 Branchview Dr. SE
Concord, NC 28025

# United States Bankruptcy Court
## Western District of North Carolina, Charlotte Division

In re  Harrisburg's Hometown Pharmacy, Inc.

Debtor(s)

Case No. _____

Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Harrisburg's Hometown Pharmacy, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 13, 2023
_____
Date

/s/ Kristen Nardone
_____
Kristen Nardone
Signature of Attorney or Litigant
Counsel for   Harrisburg's Hometown Pharmacy, Inc.
Nardone Law, PLLC
PO Box 1394
Concord, NC 28026-1394
(704) 784-9440  Fax:
kristen@nardonelawfirm.com

## RESOLUTIONS OF THE MEMBER AND MANAGER
### of
## HARRISBURG'S HOMETOWN PHARMACY, INC.

The undersigned, being the sole Manager and sole Member of Harrisburg's Hometown Pharmacy, Inc., a North Carolina professional limited liability company (the "Company"), does hereby adopt the following resolutions by affixing her signature hereto, which actions by written consent are taken in lieu of holding a special meeting of the Members and/or Manager of the Company.

WHEREAS, the Company was organized under the laws of the State of North Carolina on June 24, 2005 upon the filing of *Articles of Organization (Professional Limited Liability Company)* (the "Articles") with the Department of the Secretary of State for the State of North Carolina;

WHEREAS, Sherrie McDonald Everhart currently serves as the Company's sole Manager;

WHEREAS, Sherrie McDonald Everhart currently holds one hundred percent (100%) of the Company's Membership Interests;

WHEREAS, the undersigned deems it to be in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the Western District of North Carolina pursuant to Chapter 11 of Title 11 of the United States Code.

NOW, THEREFORE, IT IS HEREBY:

RESOLVED:   That Sherrie McDonald Everhart, as the Company's Manager, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and further

RESOLVED:   That Sherrie McDonald Everhart as the Company's Manager, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents, on behalf of the Company in connection with such bankruptcy case; and further

RESOLVED:   That Sherrie McDonald Everhart, as the Company's Manager, is authorized and directed to employ the law firm of Nardone Law Firm, PLLC to represent the Company in such bankruptcy case; and further

RESOLVED:   That Sherrie McDonald Everhart shall have the uniliteral authority as Manager of the Company to make all decisions in connection with the Company's bankruptcy proceeding.

These actions are taken and are effective as of the 11th day of December, 2023.

By:   _Sherrie M. Everhart_

Sherrie M. Everhart, Member-Manager